UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

1 1 4 5 2 DPW

TRENT JORDAN,

              Plaintiff,

MAGISTRATE JUDGE Alexander

v.

              Civil Action No.

JOHN DOE 1, aka BORAKK,

              Defendant.

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED ✓
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 7|8|05

## VERIFIED COMPLAINT

Plaintiff Trent Jordan, by and through his undersigned counsel, as and for his Verified

Complaint against Defendant John Doe 1, aka "Borakk" ("Borakk"), alleges, upon information

and belief as to facts concerning others and upon personal knowledge as to facts concerning

himself, as follows:

### INTRODUCTION

1.     In this action, Plaintiff seeks preliminary and permanent injunctive relief, as well

as compensatory damages, for Defendant's libelous postings to various Internet bulletin boards,

in which Defendant, hiding behind the anonymity of his screen-name "Borakk," makes numerous

false and disparaging claims about Plaintiff, including accusing Plaintiff of fraud, stock

manipulation and other illegal activities.

### PARTIES

2.     Plaintiff, Trent Jordan,  is an individual citizen of Canada, residing in Vancouver,

British Columbia.

3.      Defendant Borakk is an individual who has entered into an agreement with Lycos, Inc., ("Lycos") a corporation with its principal place of business in Waltham, Massachusetts, for membership in its Raging Bull service under the screen name "Borakk."

4.      Defendant Borakk, pursuant to that membership agreement, proceeded to post defamatory statements concerning Mr. Jordan on various bulletin boards maintained by Lycos and Raging Bull on computer servers located in Waltham, Massachusetts and available to the public, nationally and internationally, through the Internet.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) in that this is a civil action between a citizen of a State and a citizen of a foreign state, in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events giving rise to Plaintiff's claim arose in this district. Venue is also proper in this district pursuant to 28 U.S.C. § 1391(a) because Borakk is subject to personal jurisdiction in this district, as Plaintiff's claim arises directly out of Borakk's contacts with Lycos in this District, and at this juncture, due to Borakk's willful anonymity, there is no other district in which this action may otherwise be brought.

## FACTS

7.      Plaintiff, Mr. Jordan, is an individual investor and venture capitalist. He frequently invests in early-stage businesses, providing them the capital to mature into successful, publicly traded companies.

8.      Defendant is an individual who established an account with Lycos under the assumed screen-name "Borakk." Borakk's true name, identity and contact information is

presently unknown to Plaintiff because Borakk chose not to list any of that information in the profile associated with his screen name. Plaintiff, thus, has been forced to sue Borakk by his anonymous screen name. When Borakk's true identity is ascertained, Plaintiff will seek leave to amend this Complaint accordingly.

9.     The ascendancy of the Internet has provided a medium in which individuals may communicate with others around the world, instantly and anonymously. Unfortunately, Borakk has used this tool, and the anonymity permitted by bulletin board service providers such as Lycos, to fabricate, print and publish defamatory lies about individuals and companies with little or no risk of consequence. Internet bulletin boards relating to investing, such as Raging Bull, have become a hotbed of such anonymous defamation.

10.     As part of its Raging Bull service, Lycos provides electronic bulletin boards for the discussion of investing in various publicly traded companies and allows registered users to post comments to those boards. Beginning in early June, 2005, Borakk began posting comments in various different bulletin boards, in which he made numerous false and defamatory statements concerning Mr. Jordan.

11.     For example, on June 4, 2005, Borakk posted a message on the GOCM bulletin board (for a company named Geocom Resources), a true and correct copy of which is annexed hereto as Exhibit A, containing the following false statement about Mr. Jordan: after quoting another anonymous false allegation that Mr. Jordan was responsible for destroying the value of certain company through fraudulent stock manipulation, Borakk states, "Nice guy, the criminal left GOCM in the same condition."

12.     The statement concerning Mr. Jordan set forth in Paragraph 11 hereof and published on the GOCM bulletin board is false. Mr. Jordan has never been responsible for any harm to Geocom Resources' stock through fraudulent stock manipulation or otherwise.

13.     On June 6, 2005, Borakk posted a message on the CYXP board (for a company named Cityxpress), a true and correct copy of which is annexed hereto as Exhibit B, containing the following false statement about Mr. Jordan: "Trent Jordan and his gang puts these scams together owning all of the free trading stock. They pay $1M to $2M for massive promotional campaign (pump BLLD to $6) and dump all their paper. The idiots buying into the pump have no idea who is selling them their stock. Jordan walks away with millions in trading profits leaving a broken company to struggle on its own. BLLD is one of many Jordan pump and dumps. WKWG/CYXP, GOCM, IDCO were others and his current scam is LLLI." The phrase "pump and dump" is a term used in the investing community to mean an illegal scheme for making money by fraudulently manipulating stock prices; the schemer persuades other people to buy the stock and then sells it himself as soon as the price of the stock rises.

14.     The statement concerning Mr. Jordan set forth in Paragraph 13 hereof is false. Mr. Jordan has not committed fraud or engaged in pumping and dumping the stock of the companies identified therein.

15.     Later on June 6, 2005, Borakk again posted a message on the CYXP board, a true and correct copy of which is annexed hereto as Exhibit C, containing the following false statement about Mr. Jordan: "Unfortunately, honest guys trying to build real companies get conned by criminals like Trent Jordan and suffer for many many years as a result. The original Welcome to Search people should have entered into a joint venture with the WKWG pub co rather than letting the deal be acquired by a company with a maniac like Jordan involved. If they

-4-

had done this they could have cancelled the deal after Jordan blew it up and kept it private or found a more reputable pub co to deal with."

16.    The statement concerning Mr. Jordan set forth in Paragraph 15 hereof is false. Mr. Jordan has never been tried or convicted of any crime, and did not "blow up" any deal relating to WKWG (Welcome To Search Engine, Inc.).

17.    On June 10, 2005, Borakk posted a message on the IDCO board (for a company named Interac Data), a true and correct copy of which is annexed hereto as Exhibit D, containing the following false statement about Mr. Jordan: "Trend [sic] Jordan pumped and dumped heavy in February, IDCO never recovered after that. In case you dummies don't know, Trent Jordan put this whole scam together so he could dump free trading stock!"

18.    The statement concerning Mr. Jordan set forth in Paragraph 17 hereof is false. Mr. Jordan did not engage in pumping and dumping IDCO stock, and was not involved in any scam related to IDCO.

19.    On June 17, 2005, Borakk posted a message on the LLLI board (for a company named Lamperd Less Lethal, Inc.), a true and correct copy of which is annexed hereto as Exhibit E, containing the following false statement about Mr. Jordan: "Trent Jordan's boiler room got snuffed out, they are under the crushing weight of the law." The term "boiler room" is a term used in the investing community to describe an enterprise that often is operated out of inexpensive, low-rent quarters (hence the term "boiler room"), that uses false or misleading information and high pressure sales tactics (generally over the telephone) to solicit generally unsophisticated investors.

-5-

20.     The statement concerning Mr. Jordan set forth in Paragraph 19 hereof is false. Mr. Jordan has never operated a "boiler room" and his business dealings have never been the subject of civil or criminal legal proceedings.

21.     Also on June 17, 2005, Borakk posted another message on the LLLI board, a true and correct copy of which is annexed hereto as Exhibit F, containing the following false statement about Mr. Jordan: "Trent Jordan is nothing but a lying manipulative penny stock pumping and dumping scumbag!"

22.     The statement concerning Mr. Jordan set forth in Paragraph 21 hereof is false. Mr. Jordan has not engaged in pumping and dumping, or other fraudulent activities.

23.     On June 18, 2005, Borakk posted a similar message on the LLLI board, a true and correct copy of which is annexed hereto as Exhibit G, in which he made the following false statement about Mr. Jordan: "Trent Jordan is nothing but a lying manipulative penny stock pumping and dumping scumbag crook!"

24.     The statement concerning Mr. Jordan set forth in Paragraph 23 hereof is false. Mr. Jordan has not engaged in pumping and dumping or other fraudulent activities, and is not a criminal.

25.     On June 20, 2005, Borakk posted another similar message on the LLLI board, a true and correct copy of which is annexed hereto as Exhibit H, containing the following false statement about Mr. Jordan: "Trent Jordan is nothing but a despicable lying manipulative penny stock pumping and dumping scumbag!"

26.     The statement concerning Mr. Jordan set forth in Paragraph 25 hereof is false. Mr. Jordan has not engaged in pumping and dumping, or other fraudulent activities.

27.     The statements described above are but a few of many messages posted by Borakk since early June, 2005, containing false, disparaging and defamatory statements about Mr. Jordan. Borakk continues to post such messages every day up through the filing of this action.

28.     Throughout these postings, which range across bulletin boards devoted to several different companies, including companies with which Mr. Jordan has no relationship, Borakk maliciously and falsely states that Mr. Jordan has been and is involved in various fraudulent stock manipulation schemes and describes him as a liar and criminal who has been driven out of business by legal authorities. These defamatory statements are all untrue.

29.     Borakk trades in the stocks on which he comments, including short-selling these stocks, and thus profits from the movement of stock prices caused by his defamatory statements. Borakk, thus, uses his false and defamatory statements concerning Mr. Jordan to conduct his own fraudulent stock manipulation scheme.

## CLAIM FOR RELIEF
(Libel)

30.     Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 29 above as if set forth here in full.

31.     Borakk published the false and defamatory statements described above on the Internet, intending that they reach as wide an audience of securities purchasers and sellers, securities professionals, early-stage companies and other information seekers as possible, both in the United States and throughout the world.

32.     Mr. Jordan's reputation, property and business have been, and continue to be, irreparably harmed as a result of Borakk's false and defamatory statements, which impugn Mr.

-7-

Jordan's honesty, integrity, trustworthiness, and other characteristics relevant to his success as a venture capital investor.

33.    Borakk's false accusations that Mr. Jordan has engaged in criminal activities, including fraudulent stock manipulation, and in particular that Mr. Jordan has intentionally harmed various companies in which he has invested, are having a devastating effect on Mr. Jordan's ability to continue in his investing business. These false accusations are designed to interfere, and are interfering, with Mr. Jordan's ability to attract new companies in which to invest. Recently, persons involved with companies in which Mr. Jordan is attempting to invest have indicated their reservations in dealing with him in light of false statements contained in Borakk's postings.

34.    Borakk's false and defamatory statements have caused Mr. Jordan mental pain and suffering, including outrage and anger upon reading the libelous statements.

35.    Borakk's false and defamatory statements constitute libel *per se*, in that they directly or indirectly charge Mr. Jordan with criminal and otherwise illegal, immoral and improper activities, and tend to injure Mr. Jordan in his trade or business of venture capital investing.

36.    Borakk made the false and defamatory statements with knowledge of, or reckless disregard for, the falsity of those statements, with the intent to harm Mr. Jordan, and with the intent to profit personally from changes in stock prices caused by those statements.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and relief as follows:

A.    A preliminary and permanent injunction: (i) prohibiting Defendant from further publication of his defamatory statements; and (ii) directing Defendant to cooperate with

-8-

Plaintiff in seeking removal of all existing defamatory statements from the Raging Bull bulletin

boards or any other media of publication;

        B.     An award of compensatory damages, including for mental pain and

suffering and harm to Plaintiff's reputation, in an amount to be determined at trial;

        C.     An award of pre-judgment interest;

        D.     An award of costs and attorneys' fees; and

        E.     Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury as to all claims so triable.

Respectfully submitted,

TRENT JORDAN
By his attorneys,

Janet Steckel Lundberg, Esq. (BBO #545623)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Of Counsel:

Paul A. Winick, Esq.
Paul M. Fakler, Esq.
THELEN REID & PRIEST, LLP
875 Third Avenue
New York, NY  10022

Dated: July 8, 2005

## VERIFICATION

I, Trent Jordan, declare, pursuant to 28 U.S.C § 1746, as follows:

I hereby certify that I have read the foregoing Verified Complaint, that I have personal knowledge of the facts alleged therein, and that they are true upon my knowledge, except where stated upon information and belief, which facts I believe to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:      July 04, 2005
               Vancouver, British Columbia

                                            Trent Jordan

# EXHIBIT A

Raging Bull: Post 52 on GOCM Message Board                                      Page 1 of 2

Skip to message. Skip to access key tips.



Hello, pwinick [ **LOG OUT** ] Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**

**Enter symbol:**
[ Message Board ▾ ] **Go** Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | He



The perfect resumes
are on Monster.                       **monster**

### GEOCOM RESOURCES (BB: GOCM)
↳ GOCM Quote | **GOCM Msg Board** | GOCM LiveCharts | GOCM Chart | GOCM News |
GOCM Company Info | GOCM I-Watch | GOCM Insider | GOCM Analyst Recs | GOCM Top
Holders

« **GOCM Message list** | **Reply to msg.** | **Post new msg.**   « **Older** | **Newer** »

**QCHART**

**By: borakk**                                          **Msg. 52 of 53**     45 technical al
**04 Jun 2005, 09:13 PM EDT**        Jump to msg. # [        ]  **Go**        tools!

Trent Jordan, from the CYXP board:

"Trent Jordan took wicked wings public. Locked in all the seed capital shares for
twelve months. Drove the price up to eight dollars on a massive promotional
campaign that was supposed to take place over a year but instead took place over
a couple of months, and then dumped all his shares before seed capital became
free trading, and shorted the share price down to ten cents and walked away with
millions of dollars in investors money. He did the same thing to several other
foolish companies that subsequently went under. Six years later we are still
paying for that crucial mistake."

Nice guy, the criminal left GOCM in the same condition!

*(Voluntary Disclosure: LT Rating- Strong Sell)*

**Quote (del. 15 .**
2:25 PM I
**0.2000**
**0.0000** (0.(
**Volume:**
- - - - -
Full quote | Liv

Get real-time strea
quotes

**My Boardmar**

| Board | Ne |
|-------|-----|
| BLLD | 7{ |
| CYXP | 95{ |
| FDEI | 19{ |
| GOCM | |
| IDCO | 9∠ |
| LLLI | 7( |
| SVSE | 17: |

**Advertisements**

- **Trade like a pro with Qcharts**

Raging Bull: Post 52 on GOCM Message Board

- **Try Livecharts free for 14 days!**

« **GOCM Message list** | **Reply to msg.** | **Post new msg.**    « **Older** | **Newer** »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**Get powerful streaming charts ...**

- Try LiveCharts™ for free
  Real-time market information. No software to download.
- Explore QCharts™
  The ultimate trading software for the serious active trader.

TASR
TRLY
- - - - -
Mark all msgs.
- - - - -
Add or remove
boards »

**Keyboard shor**
Pressing these k
the same as clicl
their link equiva
Note: Netscape
don't have to pre
after the shortcu
users - use the C
key.

| | |
|---|---|
| **Alt 1** [Enter] | First |
| **Alt Z** [Enter] | Prev Olde |
| **Alt X** [Enter] | Next New |

| **Accounts Payable Network** Leading Accounts Payable Site For Finance Professionals | **Accounting Seminars** Your practice will benefit from one of Lorman's professional seminars. | **Retirement Planning** Get expert advice on retiring abroad and a free country guide. | **Ask the IRA Expert** Questions about your IRA? Rollovers? Investments? Taxes? | **Find Any Semina Want** Choose from over seminars shop cor ways to register |

**QUOTE**.com

» **Lycos**    © Copyright 2005, Lycos, Inc. All Rights Reserved. Lycos® is a registered trademark of Carnegie Mellon University.

About Lycos | Help | Jobs | Advertise

Your use of this website constitutes acceptance of the Lycos **Privacy Policy** and Terms & Conditions

# EXHIBIT B

Raging Bull: Post 9558 on CYXP Message Board                                    Page 1 of 2

Skip to message. Skip to access key tips.



**LYCOS**     ►Hello, pwinick [Log out] Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**     **Enter symbol:** [Message Board ▼] **Go** Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | He

## Energy to weed through resumes

**CITYXPRESS (BB: CYXP)**
↳ CYXP Quote | **CYXP Msg Board** | CYXP LiveCharts | CYXP Chart | CYXP News | CYXP
Company Info | CYXP I-Watch | CYXP Insider | CYXP Analyst Recs | CYXP Top Holders

« **CYXP Message list** | **Reply to msg.** | **Post new msg.** | « **Older** | **Newer** »

**By: borakk**                                      **Msg. 9558 of 9598**
**06 Jun 2005, 01:04 PM EDT**      (This msg. is a reply to 9557 by sete10.)
                                             Jump to msg. # [       ] **Go**

There were never "hundreds of seed capital shareholders". Trent Jordan and his
gang puts these scams together owning all of the free trading stock. They pay
$1M to $2M for massive promotional campaign (pump BLLD to $6) and dump
all their paper. The idiots buying into the pump have no idea who is selling them
their stock. Jordan walks away with millions in trading profits leaving a broken
company to struggle on its own. BLLD is one of many Jordan pump and dumps.
WKWG/CYXP, GOCM, IDCO were others and his current scam is LLLI.

**Advertisements**

- **Trade like a pro with Qcharts**

- **Try Livecharts free for 14 days!**

« **CYXP Message list** | **Reply to msg.** | **Post new msg.** | « **Older** | **Newer** »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

Get powerful streaming charts ...

**QCHART**
45 technical an:
tools!

**Quote (del. 15 n**
4:00 PM X•☐☐I
ET
**0**
**0.0000** (0.0(
**Volume:**
- - - - -
Full quote | Live

Get real-time stream
quotes

**My Boardmark**

| Board | New |
|-------|-----|
| BLLD | 78. |
| CYXP | 4( |
| FDEI | 199. |
| GOCM | ( |
| IDCO | 94' |
| LLLI | 70( |
| SVSE | 171' |

# EXHIBIT C

Raging Bull: Post 9559 on CYXP Message Board                           Page 1 of 2

Skip to message. Skip to access key tips.

 **Hello, pwinick** `LOG OUT` Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

 **Enter symbol:** [Message Board ▼] **Go** Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **He**

 monster        **Target** the position.     **Post A** CLICK HERE FIND OUT M

### CITYXPRESS (BB: CYXP)
↳ CYXP Quote | **CYXP Msg Board** | CYXP LiveCharts | CYXP Chart | CYXP News | CYXP
Company Info | CYXP I-Watch | CYXP Insider | CYXP Analyst Recs | CYXP Top Holders

« CYXP Message list | **Reply to msg.** | **Post new msg.**    « Older | Newer »

| | |
|---|---|
| **By: borakk** | **Msg. 9559 of 9598** |
| **06 Jun 2005, 01:10 PM EDT** | (This msg. is a reply to 9557 by sete10.) |
| | Jump to msg. # [    ]  Go |

Unfortunately honest guys trying to build real companies get conned by
criminals like Trent Jordan and suffer for many many years as a result. The
original Welcome to Search people should have entered into a joint venture with
the WKWG pub co rather than letting the deal be acquired by a company with a
maniac like Jordan involved. If they had done this they could have cancelled the
deal after Jordan blew it up and kept it private or found a more reputable pub co
to deal with.

- - - - -
View Replies »

**Advertisements**

- **Trade like a pro with Qcharts**
- **Try Livecharts free for 14 days!**

« CYXP Message list | **Reply to msg.** | **Post new msg.**    « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

---

**QCHARTS**
45 technical an:
tools!

**Quote (del. 15 n**
4:00 PM
(□□□□□□□
0
**0.0000** (0.0
**Volume:**
- - - - -
Full quote | Live

Get real-time stream
quotes

**My Boardmark**

| Board | New |
|---|---|
| BLLD | 78: |
| CYXP | 3: |
| FDEI | 199: |
| GOCM | t |
| IDCO | 94: |
| LLLI | 70: |
| SVSE | 172: |

**Get powerful streaming charts ...**

- Try LiveCharts™ for free
  Real-time market information. No software to download.
- Explore QCharts™
  The ultimate trading software for the serious active trader.

TASR ——— 3'

TRLY            1¹

- - - - -

Mark all msgs.

- - - - -

Add or remove
boards »

**Keyboard short**
Pressing these ke
the same as click
their link equival
Note: Netscape u
don't have to pres
after the shortcut
users - use the C'.
key.

| Alt 1 [Enter] | First ᵢ |
| Alt Z [Enter] | Previ Older |
| Alt X [Enter] | Next Newe |

| **Retirement Plan Advice?** What type of financial advisor is best for you? Learn how to choose! | **Financial Planner** Financial planner Programs Free info on Colleges and Careers! | **AdvisorPlatform™** Web-based Wealth Mgt Solution Become the Primary Trusted Advisor | **Make Your Own Cult Wine** Now, you can make your own ultra premium wine - wherever you live | **CFP® certification** Boston University ( Program CFP Boar Registered. Demo |

**QUOTE.com**

» **Lycos**    © Copyright 2005, Lycos, Inc. All Rights Reserved.  Lycos® is a registered trademark of Carnegie Mellon University.

About Lycos | Help | Jobs | Advertise

Your use of this website constitutes acceptance of the Lycos **Privacy Policy** and Terms & Conditions

# EXHIBIT D

Raging Bull: Post 930 on IDCO Message Board                                    Page 1 of 2

Skip to message. Skip to access key tips.

**LYC⊙S**    Hello, pwinick  [ LOG OUT ]  Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**    **Enter symbol:**
[Message Board ▼]  Go| Find symbol

Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | He

# Energy to weed through resumes

**INTERAC DATA** (RB: IDCO)

« IDCO Message list | Reply to msg. | Post new msg.    « Older | Newer »        **QCHARTS**

**By: borakk**                                          **Msg. 930 of 949**      45 technical ana
**10 Jun 2005, 10:59 AM EDT**        Jump to msg. # [    ]  Go|                       tools!

Trend Jordan pumped and dumped heavy in February, IDCO never recovered        Get real-time streami
after that. In case you dummies don't know, Trent Jordan put this whole scam    quotes
together so he could dump free trading stock!

http://bigcharts.marketwatch.com/quickchart/quickchart.asp?                    **My Boardmark**
symb=idco&sid=0&o_symb=idco&freq=1&time=8
                                                                               **Board    New**
                                                                               BLLD      78?
*(Voluntary Disclosure: LT Rating- Strong Sell)*                               CYXP      3⁴
                                                                               FDEI     199?
                                                                               GOCM       (
**Advertisements**                                                             IDCO      1⁹
                                                                               LLLI     70(
  • **Trade like a pro with Qcharts**                                          SVSE    171⁹
  • **Try Livecharts free for 14 days!**                                       TASR      3⁷
                                                                               TRLY     1(
« IDCO Message list | Reply to msg. | Post new msg.    « Older | Newer »        - - - - -
                                                                               Mark all msgs. ι
**You can also:**                                                              - - - - -
                                                                               Add or remove
  • Ignore/Hide this poster on all boards                                      boards »
  • Email this post to a friend
  • Report TOS violation
                                                                               **Keyboard short(**
                                                                               Pressing these ke∖
Get powerful streaming charts ...                                              the same as clicki

- Try LiveCharts™ for free
  Real-time market information. No software to download.
- Explore QCharts™
  The ultimate trading software for the serious active trader.

their link equival(
Note: Netscape u:
don't have to pres
after the shortcut.
users - use the C1
key.

| Alt 1 [Enter] | First u |
| Alt Z [Enter] | Previc / Older |
| Alt X [Enter] | Next ( / Newer |

| Merrill Lynch: Retirement | Accounts Payable Network | Accounting Seminars | Retirement Planning | Find Any Semina |
|---|---|---|---|---|
| Retirement. Redefined. Merrill Lynch. | Leading Accounts Payable Site For Finance Professionals | Your practice will benefit from one of Lorman's professional seminars. | Everything you need to plan your retirement abroad. | Want Choose from over seminars shop cor ways to register |

## QUOTE.com

» Lycos    © Copyright 2005, Lycos, Inc. All Rights Reserved.  Lycos® is a registered trademark of Carnegie Mellon University.

About Lycos | Help | Jobs | Advertise

Your use of this website constitutes acceptance of the Lycos **Privacy Policy** and Terms & Conditions

# EXHIBIT E

Raging Bull: Post 652 on LLLI Message Board                    Page 1 of 2

Skip to message. Skip to access key tips.



**New Users:** [ SIGN UP ]  **Members:** [ LOG IN ]  Lycos Home | Site Map | My Lycos | Lycos Mail

**RAGING BULL**  Enter symbol: [Message Board ▾] **Go** Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | He

Don't let bad credit hold you back.

We can help you break free with:
→ No risk inquiry   → Card match assistance
→ Periodic reviews for credit limit increases
→ 24/7 online account management with free bill pay

**Lamperd Less Lethal Inc (BB: LLLI)**
↳ LLLI Quote | LLLI Msg Board | LLLI LiveCharts | LLLI Chart | LLLI News | LLLI Company
Info | LLLI I-Watch | LLLI Insider | LLLI Analyst Recs | LLLI Top Holders

« **LLLI Message list** | **Reply to msg.** | **Post new msg.**     « **Older** | **Newer** »     Q

**By: borakk**                              **Msg. 652 of 660**        45 tech
**17 Jun 2005, 02:44 PM EDT**     (This msg. is a reply to 651 by bruisers.)
                                  Jump to msg. # [    ]  Go

Trent Jordan's boiler room got snuffed out, they are under the crushing weight of the law.     **Quote (**
Barry Lamperd is left holding the bag, without a clue how to run a public company. I bet         3:
this POS gets delisted for not filing its next 10Q, you can bet Barry's right on top of it!
                                                                                                 +0.0
LLLI 10Q: For the past three months ending June 31, 2005 "its never made a dime in its          **Volum**
life"
                                                                                                 Full qu

BWAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHA!     Get real-ti
                                                                            quotes
*(Voluntary Disclosure: LT Rating- Strong Sell)*
                                                                            **My Bo:**

                                                                            **Board**

                                                                            - - - - -
**Advertisements**                                                          ⊞ Add
                                                                            - - - - -
• **Trade like a pro with Qcharts**
                                                                            You ha
• **Try Livecharts free for 14 days!**                                      any bo:

« **LLLI Message list** | **Reply to msg.** | **Post new msg.**   « **Older | Newer** »   - - - - -
                                                                            Add or
                                                                            boards
**You can also:**

Skip to message. Skip to access key tips.



New Users: [ SIGN UP ]   Members: [ LOG IN ]   Lycos Home | Site Map | My Lycos | Lycos Mail

**RAGING BULL**

Enter symbol:
Message Board ▾  Go  Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | He

Are you as **satisfied** with your **birth control**
as you are with your **sex life**? Perhaps we can help

## Lamperd Less Lethal Inc (BB: LLLI)

↳ LLLI Quote | **LLLI Msg Board** | LLLI LiveCharts | LLLI Chart | LLLI News | LLLI Company
Info | LLLI I-Watch | LLLI Insider | LLLI Analyst Recs | LLLI Top Holders

« **LLLI Message list** | **Reply to msg.** | **Post new msg.**    « **Older** | Newer »



**QCHARTS**

45 technical ana
tools!

**By: bruisers**                                              **Msg. 651 of 660**
**17 Jun 2005, 01:52 PM EDT**              (This msg. is a reply to 650 by acoz0.)
                                                      Jump to msg. # [      ] Go

uhhhhh....that may explain why barry and his foe are on here....begging for the
bashers to leave and just hoping that they too will be able to keep this up till
they get a chance to cash in.....nice, looks like it may be backfiring in their a s s.

**Quote (del. 15 m**
3:59 PM ET
**2.30**
**+0.02** (+0.87 %
**Volume:**     36

- - - - -
Full quote | Live

**Advertisements**

- **Trade like a pro with Qcharts**
- **Try Livecharts free for 14 days!**

« **LLLI Message list** | **Reply to msg.** | **Post new msg.**    « **Older** | Newer »

Get real-time streamin
quotes

**My Boardmarks**

**Board     New** [

- - - - -
⊞ Add LLLI
- - - - -

You haven't add
any boardmarks.

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

- - - - -
Add or remove
boards »

Get powerful streaming charts ...

- Try LiveCharts™ for free
  Real-time market information. No software to download.
- Explore QCharts™
  The ultimate trading software for the serious active trader.

# EXHIBIT F

Skip to message. Skip to access key tips.



Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | He



**Broadband Phone Service from Vonage.**
Rate plans start at **$14.99/mo.**    It's s

**Lamperd Less Lethal Inc (BB: LLLI)**
↳ LLLI Quote | **LLLI Msg Board** | LLLI LiveCharts | LLLI Chart | LLLI News | LLLI Company Info | LLLI I-Watch | LLLI Insider | LLLI Analyst Recs | LLLI Top Holders

« **LLLI Message list** | **Reply to msg.** | **Post new msg.**    « Older | Newer »

**By: borakk**
**17 Jun 2005, 11:00 AM EDT**

Msg. 637 of 660
Jump to msg. #   Go

**QCHARTS**
45 technical ana
tools!

Trent Jordan, from the CYXP board:

"Trent Jordan took wicked wings public. Locked in all the seed capital shares for twelve months. Drove the price up to eight dollars on a massive promotional campaign that was supposed to take place over a year but instead took place over a couple of months, and then dumped all his shares before seed capital became free trading, and shorted the share price down to ten cents and walked away with millions of dollars in investors money. He did the same thing to several other foolish companies that subsequently went under. Six years later we are still paying for that crucial mistake."

Trent Jordan is nothing but a lying manipulative penny stock pumping and dumping scumbag!

*(Voluntary Disclosure: LT Rating- Strong Sell)*

**Advertisements**
- **Trade like a pro with Qcharts**
- **Try Livecharts free for 14 days!**

**Quote (del. 15 m:**
3:59 PM ET
**2.30**
**+0.02** (+0.87 '
**Volume:**    36/
- - - - -
Full quote | Live

**Get real-time streami**
**quotes**

**My Boardmark**

**Board    New [**
- - - - -
⊞ Add LLLI
- - - - -
You haven't add
any boardmarks.

- - - - -
Add or remove
boards »

# EXHIBIT G

Raging Bull: Post 681 on LLLI Message Board                                     Page 1 of 2

Skip to message. Skip to access key tips.



Hello, pwinick [LOG OUT] Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**     Enter symbol:

Message Board ▾  Go| Find symbol

Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | He

# Energy to weed through resumes

**Lamperd Less Lethal Inc (BB: LLLI)**
↳ LLLI Quote | **LLLI Msg Board** | LLLI LiveCharts | LLLI Chart | LLLI News | LLLI Company
Info | LLLI I-Watch | LLLI Insider | LLLI Analyst Recs | LLLI Top Holders

« **LLLI Message list** | **Reply to msg.** | **Post new msg.**     « **Older** | **Newer** »

**By: borakk**                                                 **Msg. 681 of 726**
**18 Jun 2005, 11:45 AM EDT**        Jump to msg. # [      ] Go|

Trent Jordan, from the CYXP board:

"Trent Jordan took wicked wings public. Locked in all the seed capital shares
for twelve months. Drove the price up to eight dollars on a massive
promotional campaign that was supposed to take place over a year but instead
took place over a couple of months, and then dumped all his shares before seed
capital became free trading, and shorted the share price down to ten cents and
walked away with millions of dollars in investors money. He did the same thing
to several other foolish companies that subsequently went under. Six years later
we are still paying for that crucial mistake."

Trent Jordan is nothing but a lying manipulative penny stock pumping and
dumping scumbag crook!

*(Voluntary Disclosure: LT Rating- Strong Sell)*

**Advertisements**
• **Trade like a pro with Qcharts**
• **Try Livecharts free for 14 days!**

---

**QCHARTS**
45 technical ana
tools!

**Quote (del. 15 m**
3:59 PM ET
**2.23**
**0.00** (0.00)
**Volume:**
- - - - -
Full quote | Live(

Get real-time streamin
quotes

**My Boardmarks**

| Board | Ne |
|-------|-----|
| BLLD | 10 |
| CYXP | 36 |
| FDEI | 0 |
| GOCM | 0 |
| IDCO | 20 |
| LLLI | 45 |
| SVSE | 5 |
| TASR | 37 |

http://www.ragingbull.lycos.com/mboard/boards.cgi?board=LLLI&read=681                 6/21/2005

Raging Bull: Post 681 on LLLi _ .essage Board                                    Page 2 of 2

**« LLLI Message list | Reply to msg. | Post new msg.   « Older | Newer »**      ~~TRLY~~        14

- - - - -

### You can also:

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

Mark all msgs. r

- - - - -

Add or remove
boards »

**Keyboard shortc**
Pressing these key
the same as clickii
their link equivale
Note: Netscape us
don't have to pres:
after the shortcut.
users - use the CT
key.

**Get powerful streaming charts ...**

- Try LiveCharts™ for free
  Real-time market information. No software to download.
- Explore QCharts™
  The ultimate trading software for the serious active trader.

| | |
|---|---|
| **Alt 1**<br>**[Enter]** | First u |
| **Alt Z**<br>**[Enter]** | Previo<br>Older |
| **Alt X**<br>**[Enter]** | Next o<br>Newer |

**MS Computational Finance**
Upgrade yourself with an MS
degree from DePaul
University

**Projected Financials 4.0**
Business analysis software
for developing financial
models

**Downtown Professionals**
Innovative downtown
management, marketing &
planning consultants

**Dupont**
Millions of Items, Countless
Deals Browse a huge
selection now!

**Financial Model /**
Tools for modeling
analyzing financial

QUOTE.com

» **Lycos**    © Copyright 2005, Lycos, Inc. All Rights Reserved. Lycos® is a registered trademark of Carnegie Mellon University.

About Lycos | Help | Jobs | Advertise

Your use of this website constitutes acceptance of the Lycos **Privacy Policy** and Terms & Conditions

# EXHIBIT H

Raging Bull: Post 699 on LLLl ...essage Board                                    Page 1 of 2

Skip to message. Skip to access key tips.



Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | He



**Lamperd Less Lethal Inc** (BB: LLLI)
↳ LLLI Quote | **LLLI Msg Board** | LLLI LiveCharts | LLLI Chart | LLLI News | LLLI Company
Info | LLLI I-Watch | LLLI Insider | LLLI Analyst Recs | LLLI Top Holders

« **LLLI Message list** | **Reply to msg.** | **Post new msg.**    « Older | Newer »

**QCHARTS**
45 technical ana
tools!

**By: borakk**                                              Msg. 699 of 726
**20 Jun 2005, 11:02 AM EDT**            Jump to msg. # [    ] Go|

Trent Jordan, from the CYXP board:

"Trent Jordan took wicked wings public. Locked in all the seed capital shares
for twelve months. Drove the price up to eight dollars on a massive
promotional campaign that was supposed to take place over a year but instead
took place over a couple of months, and then dumped all his shares before seed
capital became free trading, and shorted the share price down to ten cents and
walked away with millions of dollars in investors money. He did the same thing
to several other foolish companies that subsequently went under. Six years later
we are still paying for that crucial mistake."

Trent Jordan is nothing but a despicable lying manipulative penny stock
pumping and dumping scumbag!

*(Voluntary Disclosure: LT Rating- Strong Sell)*

**Advertisements**

- **Trade like a pro with Qcharts**
- **Try Livecharts free for 14 days!**

**Quote (del. 15 m**
3:59 PM ET
**2.23**
**0.00** (0.00 )
**Volume:**
- - - - -
Full quote | Live(

Get real-time streamli
quotes

**My Boardmark**

| Board | Ne |
|-------|-----|
| BLLD | 10 |
| CYXP | 36 |
| FDEI | 0 |
| GOCM | 0 |
| IDCQ | 20 |
| LLLI | 27 |
| SVSE | 5 |
| TASR | 37 |

« LLLI Message list. | Reply to msg. | Post new msg. | « Older | Newer »        TRLY    14

### You can also:

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**Get powerful streaming charts ...**

- Try LiveCharts™ for free
  Real-time market information. No software to download.
- Explore QCharts™
  The ultimate trading software for the serious active trader.

Mark all msgs. r
- - - - -
Add or remove
boards »

**Keyboard shortc**
Pressing these key
the same as clickiı
their link equivale
Note: Netscape us
don't have to press
after the shortcut.
users - use the CT
key.

| | |
|---|---|
| Alt 1 [Enter] | First u |
| Alt Z [Enter] | Previo Older |
| Alt X [Enter] | Next o Newer |

| Stock Market 1 2 3 4 5 | Free stock trading offer | Hot Penny Stocks | Stock Market Investment | 12,500 Stocks Re: |
|---|---|---|---|---|
| Learn the 5-Step Investing Formula The INVESTools Method | Get up to 35 commission-free equity trades at Ameritrade. | Free Penny Stock Book & Reports Penny Stock Trading Strategies | + 8,275% 5 year return. Near 100% safety. Daily emails. Free Trial. | 350 met criteria are side-by- side in 10ƒ Free Preview |

**QUOTE**.COM

» **Lycos**    © Copyright 2005, Lycos, Inc. All Rights Reserved. Lycos® is a registered trademark of Carnegie Mellon University.
About Lycos | Help | Jobs | Advertise

Your use of this website constitutes acceptance of the Lycos **Privacy Policy** and Terms & Conditions

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)  Trent Jordan vs John Doe 1, aka Borakk

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   [ ]  I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ]  II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   [✓] III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   [ ]  IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   [ ]  V.    150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   None

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                              YES [ ]        NO [✓]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
                                                              YES [ ]        NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                              N/A             YES [ ]        NO [ ]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                              YES [ ]        NO [✓]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                              YES [ ]        NO [✓]

   A.   If yes, in which division do all of the non-governmental parties reside?   N/A

        Eastern Division [ ]        Central Division [ ]        Western Division [ ]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?   None, but action arose in Eastern Division

        Eastern Division [✓]        Central Division [ ]        Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)   N/A
                                                              YES [ ]        NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Janet Steckel Lundberg, Esq.
ADDRESS   Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA  02210
TELEPHONE NO.   (617) 482-7211

(CategoryForm.wpd  - 5/2/05)

ℐS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)   PLAINTIFFS

Trent Jordan

**DEFENDANTS**

John Doe 1, aka Borakk

**(b)** County of Residence of First Listed Plaintiff    British Columbia, Canada
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Unknown
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

(see over)

Attorneys (If Known)

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

◻ 1   U.S. Government
Plaintiff

◻ 3   Federal Question
(U.S. Government Not a Party)

◻ 2   U.S. Government
Defendant

▣ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ◻ 1 | ◻ 1 | Incorporated or Principal Place of Business In This State  Unknown | ◻ 4 | ◻ 4 |
| Citizen of Another State | ◻ 2 | ◻ 2 | Incorporated and Principal Place of Business In Another State | ◻ 5 | ◻ 5 |
| Citizen or Subject of a Foreign Country | ▣ 3 | ◻ 3 | Foreign Nation | ◻ 6 | ◻ 6 |

## IV.  NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ◻ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ◻ 610 Agriculture | ◻ 422 Appeal 28 USC 158 | ◻ 400 State Reapportionment |
| ◻ 120 Marine | ◻ 310 Airplane | ◻ 362 Personal Injury - | ◻ 620 Other Food & Drug | ◻ 423 Withdrawal | ◻ 410 Antitrust |
| ◻ 130 Miller Act | ◻ 315 Airplane Product | Med. Malpractice | ◻ 625 Drug Related Seizure | 28 USC 157 | ◻ 430 Banks and Banking |
| ◻ 140 Negotiable Instrument | Liability | ◻ 365 Personal Injury - | of Property 21 USC 881 | | ◻ 450 Commerce |
| ◻ 150 Recovery of Overpayment | ◻ 320 Assault, Libel & | Product Liability | ◻ 630 Liquor Laws | **PROPERTY RIGHTS** | ◻ 460 Deportation |
| & Enforcement of Judgment | Slander | ◻ 368 Asbestos Personal | ◻ 640 R.R. & Truck | ◻ 820 Copyrights | ◻ 470 Racketeer Influenced and |
| ◻ 151 Medicare Act | ◻ 330 Federal Employers' | Injury Product | ◻ 650 Airline Regs. | ◻ 830 Patent | Corrupt Organizations |
| ◻ 152 Recovery of Defaulted | Liability | Liability | ◻ 660 Occupational | ◻ 840 Trademark | ◻ 480 Consumer Credit |
| Student Loans | ◻ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ◻ 490 Cable/Sat TV |
| (Excl. Veterans) | ◻ 345 Marine Product | ◻ 370 Other Fraud | ◻ 690 Other | | ◻ 810 Selective Service |
| ◻ 153 Recovery of Overpayment | Liability | ◻ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ◻ 850 Securities/Commodities/ |
| of Veteran's Benefits | ◻ 350 Motor Vehicle | ◻ 380 Other Personal | ◻ 710 Fair Labor Standards | ◻ 861 HIA (1395ff) | Exchange |
| ◻ 160 Stockholders' Suits | ◻ 355 Motor Vehicle | Property Damage | Act | ◻ 862 Black Lung (923) | ◻ 875 Customer Challenge |
| ◻ 190 Other Contract | Product Liability | ◻ 385 Property Damage | ◻ 720 Labor/Mgmt. Relations | ◻ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ◻ 195 Contract Product Liability | ▣ 360 Other Personal | Product Liability | ◻ 730 Labor/Mgmt.Reporting | ◻ 864 SSID Title XVI | ◻ 890 Other Statutory Actions |
| ◻ 196 Franchise | Injury | | & Disclosure Act | ◻ 865 RSI (405(g)) | ◻ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ◻ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ◻ 892 Economic Stabilization Act |
| ◻ 210 Land Condemnation | ◻ 441 Voting | ◻ 510 Motions to Vacate | ◻ 790 Other Labor Litigation | ◻ 870 Taxes (U.S. Plaintiff | ◻ 893 Environmental Matters |
| ◻ 220 Foreclosure | ◻ 442 Employment | Sentence | ◻ 791 Empl. Ret. Inc. | or Defendant) | ◻ 894 Energy Allocation Act |
| ◻ 230 Rent Lease & Ejectment | ◻ 443 Housing/ | **Habeas Corpus:** | Security Act | ◻ 871 IRS—Third Party | ◻ 895 Freedom of Information |
| ◻ 240 Torts to Land | Accommodations | ◻ 530 General | | 26 USC 7609 | Act |
| ◻ 245 Tort Product Liability | ◻ 444 Welfare | ◻ 535 Death Penalty | | | ◻ 900Appeal of Fee Determination |
| ◻ 290 All Other Real Property | ◻ 445 Amer. w/Disabilities - | ◻ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ◻ 550 Civil Rights | | | to Justice |
| | ◻ 446 Amer. w/Disabilities - | ◻ 555 Prison Condition | | | ◻ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ◻ 440 Other Civil Rights | | | | |

## V.  ORIGIN   (Place an "X" in One Box Only)

▣ 1  Original
Proceeding

◻ 2  Removed from
State Court

◻ 3  Remanded from
Appellate Court

◻ 4  Reinstated or
Reopened

◻ 5  Transferred from
another district
(specify)

◻ 6  Multidistrict
Litigation

◻ 7  Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause:
Libel action for defendant's defamatory statements published on Lycos website, RagingBull.com

## VII. REQUESTED IN
COMPLAINT:

◻ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ▣ Yes   ◻ No

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE  7/8/05

SIGNATURE OF ATTORNEY OF RECORD    Janet S. Lindberg

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**PLAINTIFFS**

  (c)  Attorneys (Firm Name, Address, and Telephone Number)

Janet Steckel Lundberg, Esq.
BBO No. 545623
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 482-7211

Of Counsel:

Paul A. Winick, Esq.
Paul M. Fakler, Esq.
THELEN REID & PRIEST LLP
875 Third Avenue
New York, NY  10022