UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 - 11452 DPW

TRENT JORDAN,

        Plaintiff,

v.

JOHN DOE 1, aka BORAKK,

        Defendant.

Civil Action No.

FEE PAID:
RECEIPT # 65485
AMOUNT $ 100.00
BY DPTY CLK
DATE 7/8/05

### MOTION FOR ADMISSION PRO HAC VICE
### OF PAUL A. WINICK AND PAUL M. FAKLER

    I, Janet Steckel Lundberg, hereby move the admission pro hac vice of Paul A. Winick and Paul M. Fakler as attorneys for Plaintiff Trent Jordan in this litigation. As grounds for this motion, I state as follows:

    1.    I am an attorney admitted to practice in this Court. I have entered my appearance as an attorney for Plaintiff in the above-referenced matter.

    2.    Paul A. Winick is a member in good standing of the Bars of the State of New York and the District of Columbia. He is also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, where he is a member in good.

    3.    Paul M. Fakler is a member in good standing of the Bar of the State of New York. He is also admitted to practice in the United States District Courts for the Southern, Eastern and Western Districts of New York, where he is a member in good standing standing.

    4.    Attached hereto are the certificates of Attorney Winick and Attorney Fakler which provide the information required by Rule 83.5.3 of the Local Rules of this Court.

-1-

WHEREFORE, I request that Paul A. Winick and Paul M. Fakler be admitted <u>pro hac vice</u> to the Bar of this Court for the purpose of representing Plaintiff Trent Jordan in this litigation.

Respectfully submitted,

*Janet S. Lundberg*
Janet Steckel Lundberg, Esq. (BBO #545623)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Dated: July 8, 2005

OFCON\OFCON\153047.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-_____

TRENT JORDAN,

              Plaintiff,

v.

JOHN DOE 1, aka BORAKK,

              Defendant.

**CERTIFICATE OF PAUL M. FAKLER IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Local Rule 83.5.3, I hereby certify that I am a member in good standing of the bar of the State of New York which constitutes every jurisdiction in which I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I am also admitted to practice in the United States District Courts for the Southern, Eastern and Western Districts of New York.

    Signed under the pains and penalties of perjury this 5th day of July, 2005.

                                                                                        Paul M. Fakler

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____PAUL M. FAKLER_____, Bar # _____PF0249_____

was duly admitted to practice in this Court on

_____JULY 11th, 2000_____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York          on      JULY 1st, 2005

J. MICHAEL McMAHON
Clerk                                 by: _____
                                              Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-_____

TRENT JORDAN,

                Plaintiff,

v.

JOHN DOE 1, aka BORAKK,

                Defendant.

**CERTIFICATE OF PAUL A. WINICK IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Local Rule 83.5.3, I hereby certify that I am a member in good standing of the bars of the State of New York and the District of Columbia, which constitute every jurisdiction in which I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I am also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York.

    Signed under the pains and penalties of perjury this 5th day of July, 2005.

                                                                           _____
                                                                           Paul A. Winick

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__PAUL   A.   WINICK__, Bar # __PW6710__

was duly admitted to practice in this Court on

__SEPTEMBER   25th,  1979__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street<br>New York, New York__   on   __JULY 1st,  2005__

__J. MICHAEL McMAHON__   by: _[signature]_
Clerk                          Deputy Clerk