UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRENT JORDAN,

                Plaintiff,

v.

JOHN DOE 1, aka BORAKK,

                Defendant.

Civil Action No. 05-cv-11452 (DPW)

**ORDER TO SHOW CAUSE**

Upon Plaintiff's Ex Parte Motion, the Verified Complaint in this matter, dated July 8, 2005, Plaintiff's Memorandum of Law, the Declaration of Paul M. Fakler, and all prior pleadings and proceedings in this action, it is hereby

ORDERED, that Defendant John Doe 1, aka Borakk ("Borakk") show cause before the Honorable Douglas P. Woodlock, United States District Judge, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Courtroom # 1, Boston, Massachusetts on July 27, 2004 at 2:30 PM a.m., or as soon thereafter as the matter can be heard, why an order should not be entered pursuant to Rules 26(d) and 45 of the Federal Rules of Civil Procedure, allowing expedited, pre-service discovery, with documents to be produced within seven business days of service, on Lycos, Inc. and any other Internet service providers necessary to identify Borakk for the purpose of effecting service of the Verified Complaint.

ORDERED, that sufficient cause having been shown, let service of this Order, together with the papers upon which it be granted, be made by posting a message on the LLLI message board on the Raging Bull service, with the subject title "Borakk Subpoena" and containing a link

2

to hosted electronic copies of this Order and the papers upon which it be granted, on or before July 23, 2004, and it is further

ORDERED, that answering papers, if any, shall be served upon counsel for Plaintiff by hand delivery on or before July 26, 2004.

_____
UNITED STATES DISTRICT JUDGE

2233\0001\153592.1