UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRENT JORDAN,

                        Plaintiff,

v.                                                          Civil Action No. 05-cv-11452 (DPW)

JOHN DOE 1, aka BORAKK,

                        Defendant.

**ORDER FOR EXPEDITED, PRE-SERVICE DISCOVERY**

Upon Plaintiff's Motion for Expedited, Pre-Service Discovery, the Verified Complaint in this matter, dated July 8, 2005, Plaintiff's Memorandum of Law, the Declaration of Paul M. Fakler, and all prior pleadings and proceedings in this action; and

After providing Defendant with notice and an opportunity to respond to Plaintiff's Motion for Expedited, Pre-Service Discovery pursuant to this Court's Order to Show Cause dated July 22, 2005, it is hereby

ORDERED, pursuant to Fed.R.Civ.Proc. 26(d) and 45, that Plaintiff may serve subpoenas duces tecum (with document requests substantially in the forms attach to Plaintiff's motion as Exhibits B and C) upon Lycos, Inc., at Waltham, Massachusetts, and any other internet service providers necessary to identify Defendant John Doe 1, aka Borakk ("Borakk"), and that such subpoenas may require production of documents thereunder within seven business days of service.

_____
United States District Judge

Dated: July 27, 2005