UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRENT JORDAN,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE 1, aka BORAKK,<br><br>                    Defendant. | Civil Action No. 05-cv-11452 (DPW) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.PROC. 41(a)(1)(i)

Pursuant to Fed.R.Civ.Proc. 41(a)(1)(i), Trent Jordan, Plaintiff in the above captioned action, by his attorneys, hereby voluntarily dismisses the above-titled action without prejudice. Plaintiff states that, as required by Fed.R.Civ.Proc. 41(a)(1)(i), this notice is filed before service by an adverse party of an answer or a motion for summary judgment

Respectfully submitted,

TRENT JORDAN
By his attorneys,

*/s/ Janet S. Lundberg*
Janet Steckel Lundberg, Esq. (BBO #545626)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

*/s/ Paul A. Winick*
Paul A. Winick, Esq.
Paul M. Fakler, Esq.

THELEN REID & PRIEST, LLP
875 Third Avenue
New York, NY 10022

Dated: November 16, 2005
2233\0001\157960.1